UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY GAPUZ,<br><br>    Plaintiff,<br><br>    v.<br><br>EMS MANAGEMENT LONG TERM DISABILITY PLAN AND THE PRUDENTIAL LIFE INSURANCE COMPANY OF AMERICA,<br><br>    Defendants. | No. 1:16-cv-00481-DAD-MJS<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO TERMINATE DEFENDANT EMS MANAGEMENT LONG TERM DISABILITY PLAN<br><br>(Doc. No. 13) |

On May 13, 2016, plaintiff filed a notice of voluntary dismissal of defendant EMS Management Long Term Disability Plan without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Doc. No. 13.) Defendant EMS Management Long Term Disability Plan has not filed a responsive pleading. In light of this, defendant EMS Management Long Term Disability Plan has been terminated and has been dismissed without prejudice, *see* Fed. R. Civ. P. 41(a)(1)(A)(i); *Pedrina v. Chun*, 987 F.2d 608, 609 (9th Cir. 1993) ("Rule 41(a)(1) allows a plaintiff to dismiss without a court order any defendant who has yet to serve an answer or a

/////

/////

/////

1

motion for summary judgment."). This dismissal does not affect the status of the other defendant in the matter.

IT IS SO ORDERED.

Dated:   **May 17, 2016**         _____
                                  UNITED STATES DISTRICT JUDGE