UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY GAPUZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EMS MANAGEMENT LONG TERM DISABILITY PLAN AND THE PRUDENTIAL LIFE INSURANCE COMPANY OF AMERICA,<br><br>　　　　Defendants. | No. 1:16-CV-00481-DAD-MJS<br><br>**ORDER RE: DISPOSITIVE DOCUMENTS AFTER NOTICE OF SETTLEMENT**<br><br>**DISPOSITIVE DOCUMENTS SHALL BE FILED WITHIN 60 DAYS**<br><br>**(ECF NO. 29)** |

　　　　On October 28, 2016, Plaintiff, Larry Gapuz, notified the Court that this matter had settled.

　　　　In accordance with the provisions of Local Rule 160 (Fed. R. Civ. P. 16), the Court orders that all dispositive documents be submitted within 30 days of the date of this Order. Any request for an extension of time to comply with this Order must be filed before expiration of the time set here and and include good cause for the alleged inability to comply.

　　　　Failure to comply with this Order may be grounds for the imposition of sanctions.

　　　　ALL COURT DATES HERETOFORE SET IN THIS MATTER ARE HEREBY VACATED.

IT IS SO ORDERED.

　　Dated:　　November 4, 2016　　　　　　　　/s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1